# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RHONDA L. BISHOP  
417 - 11TH STREET, #1  
ROCKFORD, IL 61104  

SSN-xxx-xx-4974

Case Number: 04-74822

Case filed on: 9/28/2004  
Plan Confirmed on: 12/17/2004  

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $10,175.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | RHONDA L. BISHOP | 0.00 | 0.00 | 275.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 275.00 | 0.00 |
| 003 | MARK BERGER MOTORS | 5,500.00 | 5,500.00 | 5,500.00 | 994.37 |
| 004 | GMAC MORTGAGE CORPORATION | 2,506.13 | 0.00 | 0.00 | 0.00 |
| 005 | WINNEBAGO COUNTY CLERK | 2,348.00 | 0.10 | 0.10 | 0.00 |
| 006 | WINNEBAGO COUNTY TREASURER | 1,675.00 | 0.10 | 0.10 | 0.00 |
|  | Total Secured | 12,029.13 | 5,500.20 | 5,500.20 | 994.37 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | EQUICREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | MARK BERGER MOTORS | 1,297.52 | 1,297.52 | 1,252.09 | 0.00 |
| 007 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAVALRY PORTFOLIO SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CFC FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | D&B RMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY INC | 155.00 | 155.00 | 149.57 | 0.00 |
| 013 | STEVE BISHOP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,452.52 | 1,452.52 | 1,401.66 | 0.00 |
|  | Grand Total: | 14,845.65 | 8,316.72 | 8,540.86 | 994.37 |

Total Paid Claimant:     $9,535.23  
Trustee Allowance:       $639.77  
Percent Paid Unsecured:  96.50  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/01/2007            By  /s/Heather M. Fagan